United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 13-00260-CW-3 (KAW) |
| Plaintiff, | DETENTION ORDER |
| v. | |
| JOHN HUNT, | |
| Defendant. | |

## I.  DETENTION ORDER

Defendant John Hunt is charged by indictment with one violation of 21 U.S.C. §§ 846 and 841(b)(1)(B)(viii)(conspiracy to distribute and possess with intent to distribute methamphetamine) and two violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) (distribution and possession with intent to distribute methamphetamine).  At the May 9, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender Joyce Leavitt, waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change.  Assistant United States Attorney Chinhayi Cadet appeared on behalf of the United States.

## II.  CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

1

1    Defendant shall remain committed to the custody of the Attorney General for confinement

2  in a corrections facility separate, to the extent practicable, from persons awaiting or serving

3  sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable

4  opportunity for private consultation with counsel.  On order of a court of the United States or on

5  request of an attorney for the Government, the person in charge of the corrections facility in

6  which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of

7  an appearance in connection with a court proceeding.

8    IT IS SO ORDERED.

9  Dated: May 9, 2013

10

11  _____
   KANDIS A. WESTMORE
   United States Magistrate Judge

United States District Court
Northern District of California